```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 04 B 25692
   JASON GEORGE KISH
                                               CHAPTER 13

                                               JUDGE: JOHN H SQUIRES

            Debtor
   SSN XXX-XX-0447


------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 07/09/04 and confirmed on 09/10/04.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  20200.00 .

   4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                           PAID           PAID
------------------------------------------------------------------------
TRIAD FINANCIAL CORP       SECURED         11795.04        707.25        11795.04
ECAST SETTLEMENT CORP      UNSECURED        1484.16           .00          333.39
JUDGEMENT RECOVERY SERVI   UNSECURED        2604.98           .00          585.16
RESURGENCE FINANCIAL       UNSECURED        3737.40           .00          839.54
CITY OF ELMHURST           UNSECURED       NOT FILED          .00             .00
PREMIER BANKCARD/CHARTER   UNSECURED         294.19           .00           66.08
HSBC                       UNSECURED       NOT FILED          .00             .00
LASALLE BANK               UNSECURED       NOT FILED          .00             .00
CITIBANK NA                UNSECURED       NOT FILED          .00             .00
US DEPT OF EDUCATION       UNSECURED       NOT FILED          .00             .00
US DEPT OF EDUCATION       UNSECURED        5925.83           .00         1331.13
         Summary of disbursements:
------------------------------------------------------------------------
                    SECURED    PRIORITY    UNSECURED       OTHER         TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED   11795.04       .00     14046.56          .00        25841.60
PRINCIPAL PAID       11795.04       .00      3155.30          .00        14950.34
INTEREST PAID          707.25       .00          .00          .00          707.25
TOTAL PAID           12502.29       .00      3155.30          .00        15657.59
The Debtor's attorney, PETER FRANCIS CERACI          , was allowed $   2700.00
and was paid $    2700.00 .

The Trustee received $     842.41 .

Refunds to the Debtor totaled $    1000.00 .

      Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

Dated: 11/12/08                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE

                          PAGE  2
        CASE NO. 04 B 25692 JASON GEORGE KISH